# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PENINSULA SCHOOL DISTRICT,<br><br>                            Plaintiff,<br><br>  v.<br><br>K.P. and M.P. on behalf of their minor child, A.P.,<br><br>                           Defendants. | No.<br><br>COMPLAINT AND PETITION FOR JUDICIAL REVIEW |

Plaintiff Peninsula School District (the "District") brings this action to appeal the Findings of Fact, Conclusions of Law, and Final Order ("ALJ Decision") entered by Administrative Law Judge Jenna Schuenemann on June 22, 2023.  This appeal is made pursuant to 20 U.S.C. § 1415(i)(2) and Wash. Admin. Code § 392-172A-05115.

## I. PARTIES

1. Plaintiff is the Peninsula School District, a municipal corporation organized under the laws of Washington and located at 14015 62nd Ave NW, Gig Harbor, WA 98332-8698.

2. Defendants K.P. and M.P. are the parents of minor child A.P. and are residents of Pierce County, Washington (collectively, "Defendants").  At all times relevant to this action, Defendants resided within the boundaries of the District and A.P. attended District schools.  To protect the privacy of the minor child at issue, only Defendants' initials are used.  The true

COMPLAINT AND PETITION FOR JUDICIAL REVIEW - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

identities of Defendants are known to all parties.

## II. JURISDICTION AND VENUE

3. The District's claims arise under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400 *et seq.*; 28 U.S.C. §§ 2201 and 2202; and the state Education for All Act ("State Act"), Chapter 28A.155 RCW; and the regulations promulgated thereunder.

4. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1342 and 20 U.S.C. § 1415(i)(2).

5. Venue in the Western District of Washington at Tacoma is appropriate as Defendants are residents of Pierce County, Washington and the District is a municipal corporation located in Pierce County, Washington.

## III. FACTUAL ALLEGATIONS

6. The time period relevant to this action is June 2022 through April 2023. A.P. is eligible for special education services under the IDEA disability category of Specific Learning Disability and qualifies to receive services in the areas of reading and writing. During the time period at issue, A.P. attended second and third grades at Swiftwater Elementary School within the District.

7. Defendants initiated an administrative due process hearing regarding the provision of special education services to A.P., which was assigned Office of the Superintendent of Public Instruction Cause No. 2022-SE-0156 and Office of Administrative Hearings Cause No. 12-2022-OSPI-01754. An administrative hearing was held before Administrative Law Judge Jenna Schuenemann on April 3-6, 2023. The primary issues in the hearing were whether the District violated the IDEA by failing to provide A.P. a free appropriate public education ("FAPE") under the IDEA and whether Defendants were entitled to their requested relief,

COMPLAINT AND PETITION FOR JUDICIAL REVIEW - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

including compensatory education services and reimbursement for certain private evaluations of A.P.

8. On June 22, 2023, the ALJ issued the ALJ Decision, a copy of which is attached as **Exhibit A**. Among other errors, the ALJ Decision included findings and conclusions that were inconsistent with and erroneous under the IDEA and ordered relief that exceeded the scope of the ALJ's authority and that is otherwise inappropriate, disproportionate and improper under the IDEA.

9. The IDEA provides an appeal of the ALJ Decision as a matter of right. Specifically, 20 U.S.C. § 1415(i)(2)(A) states:

> Any party aggrieved by the findings and decision made under subsection (f) or (k) who does not have the right to an appeal under subsection (g), and any party aggrieved by the findings and decision made under this subsection, shall have the right to bring a civil action with respect to the complaint presented pursuant to this section, which action may be brought in any State court of competent jurisdiction or in a district court of the United States, without regard to the amount in controversy.

10. This right to appeal also is set forth in the Washington Administrative Code at Wash. Admin. Code § 392-172A-05115(1), which states:

> Any party aggrieved by the findings and decision made under WAC 392-172A-05105 through 392-172A-05110 or 392-172A-05165 has the right to bring a civil action with respect to the due process hearing request. The action may be brought in any state court of competent jurisdiction or in a district court of the United States without regard to the amount in controversy.

11. The District brings this appeal pursuant to the above-stated provisions.

### IV. CAUSE OF ACTION: APPEAL OF ADMINISTRATIVE ORDER UNDER THE IDEA

12. The allegations in Paragraphs 1 to 11 are realleged and incorporated by reference.

13. The ALJ Decision erroneously found and concluded that the District failed to provide A.P. a FAPE during the relevant time period given the discrete issues identified for

COMPLAINT AND PETITION FOR JUDICIAL
REVIEW - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

decision. The ALJ further erroneously concluded that the District failed to appropriately reevaluate A.P. to determine her eligibility for special education services in math. The ALJ further erred in awarding relief that was disproportionate and erroneous under the IDEA and that was inconsistent with the ALJ's findings and conclusions. The ALJ's award of relief also exceeded the scope of the ALJ's authority and otherwise violated the IDEA, as it ordered relief that was not specific to A.P.'s educational program and purported to remedy violations of laws other than the IDEA.

14. The District is aggrieved by the ALJ's Decision and is entitled to appeal that decision.

## V. RELIEF REQUESTED

The District requests that the Court enter an order:

1. Reversing the erroneous findings and conclusions in the ALJ Decision;

2. Reversing the ALJ's ordered remedies;

3. Granting the District its reasonable expenses, costs, and attorneys' fees incurred in this action, as authorized by law or equity; and

4. Any and all other relief as the Court may deem just and equitable.

DATED this 18th day of August, 2023.

PACIFICA LAW GROUP LLP

By */s/ Sarah C. Johnson*
Carlos A. Chavez, WSBA #34076
Sarah C. Johnson, WSBA #34529
*Attorneys for Plaintiff Peninsula School District*

COMPLAINT AND PETITION FOR JUDICIAL REVIEW - 4

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

Grace McDonough

COMPLAINT AND PETITION FOR JUDICIAL REVIEW - 5

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750